150 So.2d 583

**Joseph Edmond QUINETTE**

**v.**

**Harold J. DELHOMMER.**

No. 46518.

March 12, 1963.

In re: Joseph Edmond Quinette applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 146 So.2d 491.

Writ denied. The result of the Court of Appeal is correct.

McCALEB and HAMLIN, JJ., are of the opinion that a writ should be granted.

■

150 So.2d 583

**C. H. STURGIS**

**v.**

**GULFCO FINANCE COMPANY OF WEST MONROE, INC.**

No. 46567.

March 12, 1963.

In re: Gulfco Finance Company of West Monroe, Inc. applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Ouachita. 147 So.2d 782.

Writ refused. The judgment is not final